# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2013

145783

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                               SC: 145783
                                               COA: 310518

CHARLES DAMON JONES,
              Defendant-Appellant.

                                               Wayne CC: 12-000948-01-FC

_____/

      On order of the Court, the application for leave to appeal the August 13, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2013



                                            Clerk

h0529